IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Reorganized Debtor. | Chapter 11<br>Case No. 03-12872 (JLP) |
| NORTHWESTERN CORPORATION and<br>CLARK FORK AND BLACKFOOT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARGARET A. McGREEVEY, JO ANN<br>BARKELL, and JOSEPH MARTELLI, on<br>behalf of themselves and the class of similarly<br>situated individuals,<br><br>Defendants. | Adversary Proceeding No. 05-52525 |

## NOTICE OF APPEAL

Margaret A. McGreevey, Jo Ann Barkell, and Joseph Martelli, on behalf of themselves and the class of similarly situated individuals, appeal under 28 U.S.C. § 158(a) from the order of the bankruptcy judge preliminarily enjoining the defendants from further prosecution of Cause No. DV-05-199 pending in the United States District Court for the District of Montana and granting leave to the plaintiffs to seek an award of attorneys' fees and costs entered in this adversary proceeding on the 26th day of October, 2005.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Plaintiff:   NorthWestern Corporation and
            Clark Fork and Blackfoot, LLC

Jesse H. Austin, III, Esq.
Karol K. Denniston, Esq.

Defendant:   Margaret A. McGreevey,
            Jo Ann Barkell, and Joseph Martelli

Steven K. Kortanek
KLEHR, HARRISON, HARVEY,

PAUL, HASTINGS, JANOFSKY &
   WALKER, LLP
600 Peachtree Street
Suite 2400
Atlanta, GA  30308
(404) 815- 2400

Victoria Watson Counihan
William E. Chipman, Jr.
GREENBERG TRAURIG, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE  19801
(302) 661-7000

Stanley T. Kaleczyc
Kimberly A. Beatty
BROWNING, KALECZYC, BERRY &
HOVEN
139 North Last Chance Gulch
P. O. Box 1697
Helena, MT  59604-1697
(406) 443-6820

BRANZBURG & ELLERS, LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 552-5503

Allan M. McGarvey, Esquire
McGARVEY, HEBERLING, SULLIVAN &
McGARVEY
745 South Main
Kalispell,  MT  59901
(406) 752-5566

Edward R. Murphy, Esquire
DATSOPOULOS, MacDONALD &
   LIND, P.C.
201 W. Main, Suit 201
Missoula, MT  59802
(406) 728-0810

Dated: November 25, 2005
       Wilmington, Delaware

KLEHR, HARRISON, HARVEY, BRANZBURG
& ELLERS, LLP

By: _Steven K Kortanek_____

Steven K. Kortanek (#3106)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 552-5503

COUNSEL FOR *McGREEVEY CLASS ACTION CLAIMANTS*

DEL1 62974-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>     Reorganized Debtor. | Chapter 11<br>Case No. 03-12872 (JLP) |
| NORTHWESTERN CORPORATION and<br>CLARK FORK AND BLACKFOOT, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MARGARET A. McGREEVEY, JO ANN<br>BARKELL, and JOSEPH MARTELLI, on<br>behalf of themselves and the class of similarly<br>situated individuals,<br><br>    Defendants. | Adv. Proc. No. 05-52525 (JLP) |

## STATEMENT OF ISSUES AND DESIGNATION OF RECORD

### A. ISSUES

   Come now Margaret McGreevey, et al., and identify the issues raised in the appeal from the Memorandum of Decision and Order of the U.S. Bankruptcy Court. The McGreevey defendants seek an order reversing the Bankruptcy Court's grant of preliminary injunction. The relief should be granted upon the resolution of the following legal issues:

   1. Did the Bankruptcy Court err in failing to apply the Plan's explicit reservation of pre-petition fraudulent transfer claims?

   2. Do the D&O Trust provisions apply to the McGreevey claim which is insured under policies which are outside of the NorthWestern estate?

   A copy of the Memorandum of Decision and Order appealed from is attached hereto.

DEL1 63029-1

**B.     DESIGNATION OF RECORD**

Come now Margaret McGreevey, et al., and designate the following portions of the Bankruptcy Court Docket as the record on appeal:

| Docket No. | Date | Description |
|---|---|---|
| 1 | 9/7/05 | Complaint |
| 3 | 9/7/05 | Plaintiffs' Motion for Preliminary Injunction |
| 4 | 9/7/05 | Plaintiffs' Brief in Support of Preliminary Injunction |
| 6 | 9/21/05 | McGreevey Defendants' Brief in Opposition to Motion for Preliminary Relief |
| 11 | 10/13/05 | Plaintiffs' Reply Brief |
| 18 | 10/26/05 | MEMORANDUM OF DECISION AND ORDER |

Dated: December 5, 2005
     Wilmington, Delaware

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP

By: _Steve K. Kortanek_ _____
    Steven K. Kortanek (#3106)
    919 N. Market Street, Suite 1000
    Wilmington, DE 19801
    (302) 552-5503

                -and-

    Allan M. McGarvey, Esquire
    McGARVEY, HEBERLING, SULLIVAN & McGARVEY
    745 South Main
    Kalispell, MT 59901
    (406) 752-5566

    Edward R. Murphy, Esquire
    DATSOPOULOS, MacDONALD & LIND, P.C.
    201 W. Main, Suit 201
    Missoula, MT 59802
    (406) 728-0810

    COUNSEL FOR *McGREEVEY CLASS ACTION CLAIMANTS*

DEL1 63029-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTHWESTERN CORPORATION, | : | Bankruptcy Case No. 03-12872 (JLP) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |
| | : | |
| NORTHWESTERN CORPORATION and | : | |
| CLARK FORK AND BLACKFOOT, LLC, | : | Adv. No. 05-52525 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MARGARET A. McGREEVEY, JO ANN | : | |
| BARKELL, and JOSEPH MARTELLI, on | : | |
| behalf of themselves and the class of similarly | : | |
| situated individuals, | : | |
| | : | |
| Defendants. | : | |

**NORTHWESTERN CORPORATION'S AND CLARK FORK
AND BLACKFOOT, LLC'S DESIGNATION OF ADDITIONAL DOCUMENTS AND
RESPONSE TO STATEMENT OF ISSUES ON APPEAL**

NorthWestern Corporation ("NorthWestern"), Clark Fork and Blackfoot, LLC ("Clark

Fork," collectively with NorthWestern, the "NorthWestern Entities"), by and through their

undersigned counsel and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure,

hereby files this Designation of Additional Documents and Response to Statement of Issues on

Appeal in connection with the appeal of the Court's Memorandum Decision and Order [Docket

No. 18] entered on or about October 25, 2005 (the "Order") by Margaret A. McGreevey, and

other former shareholders of the Montana Power Company (the "McGreevey Defendants").

**Designation of Additional Documents for the Record**

| Docket No. | Description |
|---|---|
| 1 | Adversary Complaint and Objections to Claims (including all exhibits thereto) |
| 8 | Answer and Alternative Counterclaim |
| 11 | Plaintiffs' Reply Brief in Support of Their Motion for an Order to Show Cause Pending Hearing and Preliminary Injunction Staying State Court Litigation |
| 12 | Alternative Motion for Injunction |
| 13 | Brief in Support of Alternative Motion for Preliminary Injunction |
| 14 | Memorandum in Opposition to Defendants' Alternative Motion for Preliminary Injunction |
| 19 | NorthWestern Corporation and Clark Fork and Blackfoot, LLC's Reply to Counterclaims |
| Case No. 03-12872 Docket No. 197 | Order Establishing Deadline for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof |
| Case No. 03-12872 Docket No. 1163 | Motion for an Order Granting Relief from the Automatic Stay to Commence Adversary Proceeding Relating to Assets Upstreamed to the Debtor by Clark Fork and Blackfoot, LLC |
| Case No. 03-12872 Docket No. 1164 | Memorandum in Support of McGreevey Plaintiff Class Action Motion for Relief from Automatic Stay for Purposes of Initiating and Prosecuting an Adversary Proceeding |
| Case No. 03-12872 Docket No. 1279 | Debtor's Objection to the McGreevey Class Action Claimants' Motion for an Order Granting Relief from the Automatic Stay to Commence Adversary Proceeding Relating to Assets Upstreamed to the Debtor by Clark Fork and Blackfoot, LLC |
| Case No. 03-12872 Docket No. 1481 | Memorandum Decision granting Motion for an Order Granting Relief from the Automatic Stay to Commence Adversary Proceeding Relating to Assets Upstreamed to the Debtor by Clark Fork and Blackfoot, LLC |
| Case No. 03-12872 Docket No. 1788 | Stipulation Extending the Response Deadline for the Plaintiffs in the McGreevey Litigation |
| Case No. 03-12872 Docket No. 1902 | Debtor's Motion for Order Pursuant to Bankruptcy Rule 9019 Approving Memorandum of Understanding |
| Case No. 03-12872 Docket No. 2020 | NorthWestern Corporation's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| Case No. 03-12872 Docket No. 2090 | Transcript of August 25, 2004 Hearing before the Honorable Charles G. Case, II |
| Case No. 03-12872 Docket No. 2234 | Transcript of October 6, 2005 Hearing before the Honorable Charles G. Case, II |
| Case No. 03-12872 Docket No. 2238 | Order Confirming Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| Case No. 03-12872 Docket No. 2276 | Transcript of October 8, 2004 Hearing before the Honorable Charles G. Case, II |

| Docket No. | Description |
|---|---|
| Case No. 03-12872<br>Docket No. 2300 | Notice of (A) Entry of Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and (B) the Occurrence of the Effective Date |
| Case No. 03-12872<br>Docket No. 2519 | Notice of Substantial Consummation of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| Case No. 03-12872<br>Docket No. 3300 | Notice of Withdrawal of Motion for Order Pursuant to Bankruptcy Rule 9019 Approving Memorandum of Understanding [Docket No. 1902] |
| Case No. 03-12872<br>Docket No. 3346 | Transcript of October 19, 2005 Hearing before the Honorable John L. Peterson |
| N/A | Proof of Claim Identified as Claim No. 691 |
| N/A | Proof of Claim Identified as Claim No. 744 |
| N/A | Unit Purchase Agreement with NorthWestern Corporation, Touch America Holdings, Inc. and the Montana Power Company dated as of September 19, 2000 |
| N/A | Touch America Holdings, Inc. 2001 Form 10-K filed with the United States Securities and Exchange Commission |

## Response to Statement of Issues to be Presented

1.    The McGreevey Defendants' first statement of issues to be presented is as follows:

> Did the Bankruptcy Court err in failing to apply the Plan's explicit reservation of pre-petition fraudulent transfer claims?

**NorthWestern's Response**: NorthWestern hereby objects to the statement of issues on the ground that it incorrectly characterizes the Bankruptcy Court's Order. The Bankruptcy Court specifically found that the McGreevey Defendants are not creditors of NorthWestern and stated:

> when the transaction was completed by November 15, 2002, and the assets passed to NOR through the various limited liability companies, the debtor/creditor relationship between NOR and MPC and its shareholders was satisfied, and therefore terminated. As a result, when NOR sought bankruptcy relief under chapter 11, MPC and its shareholders were no longer a creditor of NOR.

Order, p. 8.

2.    The McGreevey Defendants' second statement of issues to be presented is as

follows:

> Do the D&O Trust provisions apply to the McGreevey claim
> which is insured under policies which are outside of the
> NorthWestern estate?

**NorthWestern's Response**: NorthWestern hereby objects to the statement of issues on the

ground that it incorrectly characterizes the Bankruptcy Court's Order.  The Bankruptcy Court

specifically found:

> NOR's argument, based on the plain language of the plan
> provisions (provisions 10.5(a) and (e), 13.1, 5.13(b), 1.47 and
> 4.12) has merit, particularly where the McGreevey class was
> served with the second amended plan, and did not seek any
> clarification from the court during the confirmation hearing by way
> of objection, as to the plan's intent, and how it would affect its
> constructive trust claim, particularly in light of NOR's position that
> the MPC D&O policies were not property of NOR's estate.  In
> sum, the McGreevey class slept on its rights.  However, due to my
> finding and conclusion that the McGreevey class was not and is
> not a creditor of NOR pre-petition I need not pass on NOR's
> position.

Order, pp. 11-12.

[signatures on next page]

Dated: December 22, 2005

PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street
Suite 2400
Atlanta, GA 30308
Jesse H. Austin, III
Karol K. Denniston
Telephone: (404) 815-2400

and

GREENBERG TRAURIG, LLP

Victoria Watson Counihan (No. 3488)
William E. Chipman, Jr. (No. 3818)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000

*Co-Counsel for NorthWestern Corporation*

BROWNING, KALECZYC, BERRY & HOVEN

Kimberly A. Beatty
Stanley T. Kaleczyc
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59604-1697
Telephona: (406) 553-6820

*Counsel for Clark Fork and Blackfoot LLC and
NorthWestern Corporation*

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Adversary Case #:** 05-52525-(JLP)

**Related Bankruptcy Case #:** 03-12872-(JLP)

**Deputy Clerk Transferring Case:** Sandra Jackson

**Case Type:** Adversary

**Nature of Suit: (434-Injunctive Relief)**

**Cause of Appeal:** Memorandum of decision and Order regarding Plaintiffs, Margaret A. McGreevey, Jo Ann Barkell and Joseph Martelli are hereby preliminarily enjoined from further prosecution of Case No. DV-05-5199, filed against Montana Power company, a Montana corporation, Northwestern Corporation, a Delaware corporation and the Clark Fork and Blackfoot LLC, a Montana Limited Liability company, defendants, presently pending in the Montana U.S. District Court until further order of this Court with leave of the plaintiffs NOR and CFB to seek an award of attorneys' fees and costs **(docket # 18) signed on 10/25/05**

**Parties:** Northwestern Corporation, et. al. V. Margaret A. McGreeveey, et. al.

**Appellant Counsel:**          **Steven K. Kortanek**
                               Wilmington, DE 19801
                                Klehr Harrison Harvey Branzburg & Ellers
                               919 Market St.,Suite 1000
                               Suite 1000
                               usa
                               302-552-5503
                               Fax : 302-426-9193
                               Email: skortane@klehr.com

**Appellee Counsel**          **Dennis A. Meloro**
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
302-661-7000
Fax : 302-661-7360
Email: bankruptcydel@gtlaw.com

 **Victoria Watson Counihan**
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801
usa
302 661-7000
Fax : 302-661-7360
Email: bankruptcydel@gtlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court                                              824 Market Street
David D. Bird                                              Wilmington DE 19801
                                                          (302) 252-2900

**Date: February 10, 2006**

To: Clerk of the Court
    U.S. District Court
    District of Delaware
    Wilmington, DE 19801

**Re:     Adversary Case 05-52525 (JLP)-AP #05-84**
**        Related BK Case 03-12872 (JLP)**

**        Re: Northwestern Corporation, et. al. v. Margaret A. McGreevey, et. al.**

Enclosed is the Transmittal relating to Appeal #05-84 along with the PDF of the Notice of
Appeal; Appealable Order; Designation of Record on Appeal, Statement of Issues on Appeal,
Motion for Leave to Appeal Interlocutory Order, Responses and Certification of Counsel along
with a Stipulation.
Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely,

David Bird, Clerk

By: Sandra Jackson_____
    Deputy Clerk

I hereby acknowledge receipt of the above transferred record  this _____day of _____,
2005.

By: _____
    U.S. District Court ,District of Delaware