# Greenberg
# Traurig

July 21, 2006

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *In re NorthWestern Corporation*
               *Margaret A. McGreevey, et al. v. NorthWestern Corp., et al.*
               **Civil Action No. 06-0026-JJF**

Dear Judge Farnan:

      This firm is co-counsel for NorthWestern Corporation ("NorthWestern"), along with the firm of Paul Hastings Janofsky & Walker LLP, in the above-referenced action, Civil Action No. 06-0026-JJF (the "Civil Action").

      We write to inform this Court that on or about June 23, 2006, the parties to the Civil Action reached a settlement agreement which provides for the resolution of all disputes among them, including the voluntary dismissal of the Civil Action by the plaintiffs, Margaret A. McGreevey, et al. (the "Settlement"). On July 20, 2006, pursuant to applicable federal rules of bankruptcy procedure, NorthWestern Corporation filed with the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") a motion seeking approval of the Settlement (the "Settlement Motion"). Upon obtaining the Bankruptcy Court's approval of the Settlement, and consistent with the terms set forth therein, the plaintiffs in the Civil Action will dismiss the Civil Action. In light of the Settlement Motion presently pending before the Bankruptcy Court, we respectfully request this Court to suspend all action in the Civil Action until the Bankruptcy Court has had an opportunity to rule on the Settlement Motion, which is presently set for hearing on September 13, 2006.

      If Your Honor has any questions with regard to the foregoing, please feel free to contact me.

                                        Respectfully submitted,

                                        Dennis A. Meloro

cc:    Clerk of Court (*Via* CM/ECF)
        Jesse H. Austin III, Esquire (via email)
        Karol K. Denniston, Esquire (via email)

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliances
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Nemours Building | 1007 North Orange Street | Suite 1200 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360

www.gtlaw.com