IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : Bankr. Case No. 03-12872 (KJC) |
| Debtor. | : |
| MARGARET A. MCGREEVEY, et al., | : Civil Case No. 06-026 (JJF) |
| Plaintiffs, | : |
| v. | : |
| NORTHWESTERN CORPORATION, CLARK FORK and BLACKFOOT LLC, | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the firm of Paul, Hastings, Janofsky & Walker, LLP is no longer counsel for the Defendant, NorthWestern Corporation, and hereby should be removed from all service lists as counsel to NorthWestern Corporation.

Dated: March 12, 2007

GREENBERG TRAURIG, LLP

_____
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

Counsel to NorthWestern Corporation

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, hereby certify that on the ____ day of March 2007, a true and correct copy of the *Notice of Withdrawal of Counsel* was served upon the parties listed below via First Class, United States Mail.

> Kathleen Miller, Esq.
> Smith Katenstein & Furlow
> The Corporate Plaza
> 800 Delaware Avenue
> Wilmington DE 19801
>
> Robert Dehney, Esq.
> Morris Nichols Arsht & Tunnell
> 1201 North Market Street
> Wilmington DE 19801

Dated: March ____, 2007

Dennis A. Meloro (No. 4435)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000